JOHN CLARE and Another, Respondents, v. RALPH M. MESLER, Appellant.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. J. NORMAN BECK, Appellant.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

CLARK W. MOORE and Another, Copartners, etc., Respondents, v. JAMES HILARY RYAN and Others, Appellants.— Appeal dismissed unless appellants shall file and serve the printed records and briefs by August fifteenth. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

ELIZABETH BURNS, Respondent, v. ERNEST S. HENNER, Appellant.— Appeal dismissed unless appellants shall file and serve the printed records and briefs by September first. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

LEWIS SOUTER, Appellant, v. WILLIAM C. CARR, Respondent.— Appeal dismissed unless appellants shall file and serve the printed records and briefs by August first. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

ELIZABETH SOUTER, Appellant, v. WILLIAM C. CARR, Respondent.— Appeal dismissed unless appellants shall file and serve the printed records and briefs by August first. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

CARRIE PRAY, Appellant, v. MAX FRANKLIN, Respondent.— Appeal dismissed unless appellants shall file and serve the printed records and briefs by August fifteenth. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

MILDRED KITTINGER and Another, Respondents, v. INTERNATIONAL BUS CORPORATION, Appellant.— Appeal dismissed unless appellants shall file and serve the printed records and briefs by September first. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

CARRIE ELIZABETH WAGNER, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Appeal dismissed unless appellants shall file and serve the printed records and briefs by September first. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

ROYAL CHARLES WAGNER, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Appeal dismissed unless appellants shall file and serve the printed records and briefs by September first. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

SILVER CREEK SAND COMPANY, Respondent, v. ABRAHAM BAKER and Others, Appellants.— Appeal dismissed unless appellants shall file and serve the printed records and briefs by August fifteenth. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

JENNIE S. JOHNSON, as Executrix, etc., of CLARENCE A. JOHNSON, Deceased, Respondent, v. ALVA LITTLEFIELD, Appellant.— Appeal dismissed unless appellant shall file and serve the printed records and briefs by August fifteenth. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

ALBERT CHARLES AMANN, an Infant, etc., Respondent, v. MYRON THURSTON and Others, Appellants.— Appeal dismissed, unless appellants shall file and serve the printed records and briefs by August first. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.